**Michael Porter, P.C.**, OSB No. 003560
mike.porter@millernash.com
**Taylor D. Richman**, OSB No. 154086
taylor.richman@millernash.com
MILLER NASH GRAHAM & DUNN LLP
3400 U.S. Bancorp Tower
111 S.W. Fifth Avenue
Portland, Oregon  97204
Telephone:  (503) 224-5858
Facsimile:  (503) 224-0155

**Faith C. Whittaker**, Ohio State Bar No. 0082486
(*pro hac vice admission forthcoming*)
faith.whittaker@dinsmore.com
**Michael B. Mattingly**, Ohio State Bar No. 0089847
(*pro hac vice admission forthcoming*)
michael.mattingly@dinsmore.com
DINSMORE & SHOHL LLP
255 East Fifth Street, Suite 1900
Cincinnati, Ohio  45202
Telephone:  (513) 977-8397
Facsimile:  (513) 977-8141

    Attorneys for Defendant
    Fred Meyer, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **DANIEL WALKER**, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>**FRED MEYER, INC.**, a Delaware corporation,<br><br>    Defendant. | CV No. 17-01791-YY<br><br>DEFENDANT'S UNOPPOSED MOTION TO EXTEND THE DEADLINE TO RESPOND TO PLAINTIFF'S CLASS ACTION COMPLAINT |

Page 1 -    Defendant's Unopposed Motion to Extend the Deadline to Respond to Plaintiff's Class Action Complaint

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
TELEPHONE: 503.224.5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON  97204

4820-3997-5256.1

## LR 7-1 CERTIFICATION

Undersigned counsel for defendant Fred Meyer, Inc. ("Fred Meyer") certifies that he has conferred with counsel for plaintiff and there is no objection to the relief requested in this motion.

## I. MOTION

Pursuant to Fed. R. Civ. Pr. 6(b), and without waiver of any defense, Fred Meyer moves this Court for a brief fourteen (14) day extension to answer and/or otherwise plead in response to plaintiff Daniel Walker's ("Walker") Class Action Complaint, resetting the deadline to respond from December 8, 2017, to December 22, 2017.  (*See* ECF No. 1).  The grounds for this motion are set forth below.

## II. MEMORANDUM IN SUPPORT

Plaintiff filed his class action complaint (ECF No. 1) on November 8, 2017, proposing two nationwide classes.  Defendant's registered agent was served on November 17, 2017, requiring defendant to answer and/or otherwise plead on or before December 7, 2017.  Defense counsel was retained on or about November 28, 2017.

Defense counsel is diligently gathering facts and information necessary to evaluate defendant's legal position with respect to plaintiff's proposed nationwide class claims.  Given defense counsel's continued evaluation, defendant respectfully requests a brief fourteen (14) day extension to answer and/or otherwise plead.

This is the first request for an extension made by defendant, and this motion is not being made with the intent of delay.

Page 2 -   Defendant's Unopposed Motion to Extend the Deadline to Respond to Plaintiff's Class Action Complaint

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
TELEPHONE: 503.224.5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON  97204

4820-3997-5256.1

### III.  CONCLUSION

Defendant Fred Meyer respectfully requests that this court grant its motion to extend the deadline to respond to plaintiff's class action complaint to December 22, 2017.

DATED this 6th day of December, 2017.

          MILLER NASH GRAHAM & DUNN LLP

          s/Taylor D. Richman
          Michael Porter, P.C., OSB No. 003560
          mike.porter@millernash.com
          Taylor D. Richman, OSB No. 154086
          taylor.richman@millernash.com
          3400 U.S. Bancorp Tower
          111 S.W. Fifth Avenue
          Portland, Oregon  97204
          Telephone:  (503) 224-5858
          Facsimile:  (503) 224-0155

          Attorneys for Defendant
          Fred Meyer, Inc.

Page 3 -    Defendant's Unopposed Motion to Extend the Deadline to Respond to Plaintiff's Class Action Complaint

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
TELEPHONE: 503.224.5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON  97204

4820-3997-5256.1

# CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2017, I electronically filed the foregoing Defendant's Unopposed Motion to Extend the Deadline to Respond to Plaintiff's Class Action Complaint with the Clerk of the Court using the CM/ECF system and that by doing so I served the foregoing on all parties of record in the subject case via CM/ECF system transmission.

I further certify that I served the foregoing Defendant's Unopposed Motion to Extend the Deadline to Respond to Plaintiff's Class Action Complaint on

> Steven L. Woodrow
> Patrick H. Peluso
> Woodrow & Peluso, LLC
> 3900 East Mexico Avenue, Suite 300
> Denver, Colorado  80210
> swoodrow@woodrowpeluso.com
> ppeluso@woodrowpeluso.com
>
> Attorneys for Plaintiff and Putative Class

by the following indicated method or methods on the date set forth below:

☐ **CM/ECF system transmission.**

☐ **E-mail.**  As required by Local Rule 5-11b, any interrogatories, requests for production, or requests for admission were e-mailed in Word or WordPerfect format, not in PDF, unless otherwise agreed to by the parties.

☐ **E-mail courtesy only.**

☐ **Facsimile communication device.**

☒ **First-class mail, postage prepaid.**

Page 1 -   Certificate of Service

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
TELEPHONE: 503.224.5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON  97204

4820-3997-5256.1

☐    **Hand-delivery.**

☐    **Overnight courier, delivery prepaid.**

DATED this 6th day of December, 2017.

s/Taylor D. Richman
Taylor D. Richman, OSB No. 154086
taylor.richman@millernash.com

Attorneys for Defendant
Fred Meyer, Inc.

Page 2 -    Certificate of Service

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
TELEPHONE: 503.224.5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON 97204

4820-3997-5256.1