UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

Daniel Walker, et al.
    Plaintiff(s),
v.

Fred Meyer, Inc., a Delaware corp.
    Defendant(s).

Civil Case No. 3:17-cv-01791-YY

APPLICATION FOR SPECIAL
ADMISSION – *PRO HAC VICE*

Attorney **Steven Lezell Woodrow** requests special admission *pro hac vice* in the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:** I have read and understand the requirements of LR 83-3, and certify that the following information is correct:

(1)     **PERSONAL DATA:**

Name: **Woodrow**, **Steven**, **L**
    (Last Name)    (First Name)    (MI)    (Suffix)

Firm or Business Affiliation: **Woodrow & Peluso, LLC**
Mailing Address: **3900 E. Mexico Ave., Suite 300**
City: **Denver**    State: **Colorado**    Zip: **80210**
Phone Number: **720-213-0675**    Fax Number: **303-927-0809**
Business E-mail Address: **swoodrow@woodrowpeluso.com**

(2) **BAR ADMISSIONS INFORMATION:**

    (a)    State bar admission(s), date(s) of admission, and bar ID number(s):
Colorado, 5/11/2011, bar number 43140
Illinois, 11/10/2005, bar number 6286718

    (b)    Other federal court admission(s), date(s) of admission, and bar ID number(s):
See attached Addendum A.

(3) **CERTIFICATION OF DISCIPLINARY ACTIONS:**

    (a)    ☑ I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

    (b)    ☐ I am now or have been subject to disciplinary action from a state or federal bar association. (See attached letter of explanation.)

(4) **CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

Per LR 83-3(a)(3), I have professional liability insurance, or financial responsibility equivalent to liability insurance, that meets the insurance requirements of the Oregon State Bar for attorneys practicing in this District, and that will apply and remain in force for the duration of the case, including any appeal proceedings.

(5) **REPRESENTATION STATEMENT:**

I am representing the following party(s) in this case:
Daniel Walker, Plaintiff

(6) **CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* the Court's website at ord.uscourts.gov), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(E) and the Local Rules of the District of Oregon.

DATED this 8th day of December, 2017

s/Steven Lezell Woodrow
*(Signature of Pro Hac Counsel)*

Steven Lezell Woodrow
*(Typed Name)*

**REQUIREMENT TO ASSOCIATE WITH LOCAL COUNSEL:**

LR 83-3(a)(1) requires you to associate with local counsel unless are requesting waiver of the requirement under LR 45-1. To associate with local counsel, obtain the signature of local counsel in the following section. To request waiver of the requirement to associate with local counsel under LR 45-1, check the following box.

☐ I seek admission for the limited purpose of filing a motion related to a subpoena that this Court did not issue. Pursuant to LR 45-1(b), I request waiver of the requirement of LR 83-3(a)(1) to associate with local counsel and therefore do not include a certification from local counsel below.

**CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:**

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

DATED this **8th** day of **December**, **2017**

**s/Neal Weingart**
*(Signature of Local Counsel)*

Name: **Weingart**, **Neal**
   *(Last Name)*   *(First Name)*   *(MI)*   *(Suffix)*

Oregon State Bar Number: **066551**

Firm or Business Affiliation: **Neal Weingart Attorney at Law, LLC**

Mailing Address: **1001 SW Fifth Ave., Suite 1415**

City: **Portland**   State: **Oregon**   Zip: **97204**

Phone Number: **5033799933**   Business E-mail Address: **neal@nealweingartlaw.com**

---

**COURT ACTION**

☐ Application approved subject to payment of fees.
☐ Application denied.

DATED this _____ day of _____, _____

_____
Judge

# ADDENDUM A TO WOODROW PRO HAC VICE APPLICATION

Steven L. Woodrow has been admitted to practice before the following Courts. Mr. Woodrow is active and in good standing in all such Courts.

| Title of Court | Date of Admission |
| --- | --- |
| U.S. Court of Appeals for the Seventh Circuit | 3/28/2011 |
| U.S. Court of Appeals for the Ninth Circuit | 9/19/2012 |
| U.S. District Court for the District of Colorado | 9/7/2011 |
| U.S. District Court for the Northern District of Illinois | 1/12/2006 |
| U.S. District Court for the Eastern District of Michigan | 6/30/2010 |
| U.S. District Court for the Western District of Michigan | 4/8/2013 |
| U.S. District Court for the District of New Mexico | 6/20/2016 |
| U.S. District Court for the Western District of Wisconsin | 6/15/2016 |