UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

Daniel Walker, et al.
_____
       Plaintiff(s),
v.

Fred Meyer, Inc., a Delaware corp.
_____
       Defendant(s).

Civil Case No. 3:17-cv-01791-YY

APPLICATION FOR SPECIAL
ADMISSION – *PRO HAC VICE*

Attorney __Taylor True Smith_____ requests special admission *pro hac vice* in the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:** I have read and understand the requirements of LR 83-3, and certify that the following information is correct:

(1) **PERSONAL DATA:**

Name: __Smith_____ __Taylor_____ __T_____
      (Last Name)      (First Name)      (MI)      (Suffix)

Firm or Business Affiliation: __Woodrow & Peluso, LLC_____

Mailing Address: __3900 E. Mexico Ave., Suite 300_____

City: __Denver_____ State: __Colorado_____ Zip: __80210_____

Phone Number: __720-907-7628_____ Fax Number: __303-927-0809_____

Business E-mail Address: __tsmith@woodrowpeluso.com_____

---

(2) **BAR ADMISSIONS INFORMATION:**

    (a)    State bar admission(s), date(s) of admission, and bar ID number(s):
Colorado, 10/30/2017, bar number 51162

    (b)    Other federal court admission(s), date(s) of admission, and bar ID number(s):
US District of Colorado, 11/20/2017
US Dist. for the Eastern District of Michigan, 11/28/2017

(3) **CERTIFICATION OF DISCIPLINARY ACTIONS:**

    (a)    ☑ I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

    (b)    ☐ I am now or have been subject to disciplinary action from a state or federal bar association.  (See attached letter of explanation.)

(4) **CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

Per LR 83-3(a)(3), I have professional liability insurance, or financial responsibility equivalent to liability insurance, that meets the insurance requirements of the Oregon State Bar for attorneys practicing in this District, and that will apply and remain in force for the duration of the case, including any appeal proceedings.

(5) **REPRESENTATION STATEMENT:**

I am representing the following party(s) in this case:
Daniel Walker, Plaintiff

(6) **CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* the Court's website at ord.uscourts.gov), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(E) and the Local Rules of the District of Oregon.

DATED this 8th day of December, 2017

                              s/Taylor True Smith
                              *(Signature of Pro Hac Counsel)*

                              Taylor True Smith
                              *(Typed Name)*

**REQUIREMENT TO ASSOCIATE WITH LOCAL COUNSEL:**

LR 83-3(a)(1) requires you to associate with local counsel unless are requesting waiver of the requirement under LR 45-1. To associate with local counsel, obtain the signature of local counsel in the following section. To request waiver of the requirement to associate with local counsel under LR 45-1, check the following box.

☐ I seek admission for the limited purpose of filing a motion related to a subpoena that this Court did not issue. Pursuant to LR 45-1(b), I request waiver of the requirement of LR 83-3(a)(1) to associate with local counsel and therefore do not include a certification from local counsel below.

**CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:**

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

DATED this __8th__ day of __December__, __2017__

s/Neal Weingart
*(Signature of Local Counsel)*

Name: __Weingart__  __Neal__
(Last Name)  (First Name)  (MI)  (Suffix)

Oregon State Bar Number: __066551__

Firm or Business Affiliation: __Neal Weingart Attorney at Law, LLC__

Mailing Address: __1001 SW Fifth Ave., Suite 1415__

City: __Portland__  State: __Oregon__  Zip: __97204__

Phone Number: __5033799933__  Business E-mail Address: __neal@nealweingartlaw.com__

---

**COURT ACTION**

☐ Application approved subject to payment of fees.
☐ Application denied.

DATED this _____ day of _____, _____

_____
Judge

---