**Neal Weingart**
Neal Weingart Attorney at Law, LLC
1001 SW Fifth Ave.
Suite 1415
Portland, OR 97204
503-379-9933
Email: neal@nealweingartlaw.com

Attorneys for Plaintiff and the Alleged Class

(Additional counsel appearing on signature page)

**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**
**PORTLAND DIVISION**

| | |
|---|---|
| **DANIEL WALKER**, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br>v.<br><br>**FRED MEYER, INC.**, a Delaware corporation,<br><br>　　　　　　Defendant. | Case No. 3:17-cv-01791-YY<br><br>**NOTICE OF APPEAL** |

　　　　Pursuant to Federal Rule of Appellate Procedure 3 and 4, notice is hereby given that Plaintiff Daniel Walker appeals to the United States Court of Appeals for the Ninth Circuit from the District Court's Order dismissing Plaintiff's complaint (Dkt. 47), which adopted in part the Magistrate Judge's Findings and Recommendations (Dkt. 38). Copies of both Orders are attached hereto as Exhibit A and Exhibit B, respectively.

　　　　　　　　*　　　　*　　　　*　　　　*　　　　*

Dated: July 19, 2018　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　**DANIEL WALKER**, individually and on
　　　　　　　　　　　　　　　　　　　　　　behalf of all others similarly situated,

<u>s/Patrick H. Peluso</u>

Steven L. Woodrow*
swoodrow@woodrowpeluso.com
Patrick H. Peluso*
ppeluso@woodrowpeluso.com
Taylor T. Smith*
tsmith@woodrowpeluso.com
Woodrow & Peluso, LLC
3900 East Mexico Ave., Ste. 300
Denver, CO 80210
Main: 720-213-0675
Fax: 303-927-0809

**Neal Weingart**
Neal Weingart Attorney at Law, LLC
1001 SW Fifth Ave.
Suite 1415
Portland, OR 97204
503-379-9933
Email: neal@nealweingartlaw.com

*Pro Hac Vice*

*Attorneys for Plaintiff and the Putative Class*

2

## CERTIFICATE OF SERVICE

  I, Patrick H. Peluso, an attorney, hereby certify that I served the foregoing papers by causing true and accurate copies of such papers to be transmitted to all counsel of record through the Court's electronic filing system on July 19, 2018.

                /s/ Patrick H. Peluso