# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF OREGON
## FTR GOLD RECORDING OR TRANSCRIPT DESIGNATION AND ORDERING FORM

| **1. District Court Case No.:** | **2. Short Case Title:** | | |
|---|---|---|---|
| **3. Court of Appeals Case No.:** | **4.** ☐ I do not intend to designate any portion of the transcript and will notify all counsel of this intention. | | |
| **5. NAME** (Party Ordering Recording/Transcript) | **6. PHONE NUMBER** | **7. DATE** | |
| **8. MAILING ADDRESS** | **9. CITY** | **10. STATE** | **11. ZIP** |

**12. ORDER FOR:**   ☐ PLAINTIFF NAME: _____   ☐ DEFENDANT NAME: _____
☐ APPEAL         ☐ CRIMINAL        ☐ CRIMINAL JUSTICE ACT (CJA-24 VOUCHER ATTACHED)
☐ NON-APPEAL     ☐ CIVIL           ☐ IN FORMA PAUPERIS (CJA-24 VOUCHER ATTACHED)

☐ **13. RECORDING REQUESTED:** Specify portion(s) and date(s) of proceedings(s).
Note:  PAYMENT:  Financial arrangements must be made with the Clerk's Office before recording is prepared.
Copy cost: $31 for each proceeding.  If payment is authorized under CJA, attach CJA-24 form.

| **PROCEEDING(S)** | **DATE(S)** | **JUDGE** |
|---|---|---|
| | | |

☐ **14. TRANSCRIPT REQUESTED:** Specify portion(s) and date(s) of proceedings(s).  Financial arrangements must be made before transcript is prepared.  Transcriber will contact party.  If payment is authorized under CJA, attach CJA-24 form.

| **PROCEEDING(S)** | **DATE(S)** | **JUDGE** |
|---|---|---|
| | | |

| TRANSCRIPT CATEGORY | ORIGINAL | FIRST COPY (to each party) | ADD'L COPIES (to same party) | FORMAT REQUESTED (Each format is billed as a separate transcript copy.) | | |
|---|---|---|---|---|---|---|
| | | | | **PAPER** | **ELECTRONIC** | **SPECIFY** |
| **ORDINARY:** To be delivered within 30 days after receipt of an order. | $3.65 per page | $.90 per page | $.60 per page | ☐ Full Size ☐ Condensed ☐ A-Z word index | ☐ CD ☐ E-mail | ☐ ASCII ☐ PDF ☐ Other |
| **3-DAY TRANSCRIPT:** To be delivered within 3 calendar days after receipt of an order. | $5.45 per page | $1.05 per page | $.75 per page | ☐ Full Size ☐ Condensed ☐ A-Z word index | ☐ CD ☐ E-mail | ☐ ASCII ☐ PDF ☐ Other |
| **EXPEDITED:** To be delivered within 7 days after receipt of an order. | $4.85 per page | $.90 per page | $.60 per page | ☐ Full Size ☐ Condensed ☐ A-Z word index | ☐ CD ☐ E-mail | ☐ ASCII ☐ PDF ☐ Other |
| **DAILY:** Delivered following adjournment and prior to the normal opening hour of court on the following morning, whether or not it actually is a court day. | $6.05 per page | $1.20 per page | $.90 per page | ☐ Full Size ☐ Condensed ☐ A-Z word index | ☐ CD ☐ E-mail | ☐ ASCII ☐ PDF ☐ Other |
| **14-DAY TRANSCRIPT:** To be delivered within 14 days calendar after receipt of an order. | $4.25 per page | $.90 per page | $.60 per page | ☐ Full Size ☐ Condensed ☐ A-Z word index | ☐ CD ☐ E-mail | ☐ ASCII ☐ PDF ☐ Other |
| **HOURLY:** to be delivered within 2 hours after receipt of the order. | $7.25 per page | $1.20 per page | $.90 per page | ☐ Full Size ☐ Condensed ☐ A-Z word index | ☐ CD ☐ E-mail | ☐ ASCII ☐ PDF ☐ Other |

**15. DISTRIBUTION:** This form should be electronically filed.  Notice will automatically be distributed to court reporters and all parties.

Revised 3/30/2018  (eo)