**Michael Porter, P.C.**, OSB No. 003560
mike.porter@millernash.com
**Taylor D. Richman**, OSB No. 154086
taylor.richman@millernash.com
MILLER NASH GRAHAM & DUNN LLP
3400 U.S. Bancorp Tower
111 S.W. Fifth Avenue
Portland, Oregon  97204
Telephone:  (503) 224-5858
Facsimile:  (503) 224-0155

**Faith C. Whittaker**, Ohio State Bar No. 0082486
(*admitted pro hac vice*)
faith.whittaker@dinsmore.com
**Michael B. Mattingly**, Ohio State Bar No. 0089847
(*admitted pro hac vice*)
michael.mattingly@dinsmore.com
DINSMORE & SHOHL LLP
255 East Fifth Street, Suite 1900
Cincinnati, Ohio  45202
Telephone:  (513) 977-8397
Facsimile:  (513) 977-8141

       Attorneys for Defendant
       Fred Meyer, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **DANIEL WALKER**, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>**FRED MEYER, INC.**, a Delaware corporation,<br><br>    Defendant. | CV No. 3:17-cv-01791-YY<br><br>DEFENDANT'S NOTICE OF WITHDRAWAL OF ATTORNEY TAYLOR D. RICHMAN |

Page 1 -   Defendant's Notice of Withdrawal of Attorney Taylor D. Richman

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
TELEPHONE: 503.224.5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON  97204

TO:        **THE CLERK OF COURT**

AND TO:    **PLAINTIFF AND HIS COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that effective immediately, Taylor D. Richman hereby withdraws as attorney of record for Defendant, Fred Meyer, Inc. Michael Porter of Miller Nash Graham & Dunn LLP will continue as counsel of record for Defendant, Fred Meyer, Inc., in this action.

DATED this 1st day of December, 2020.

MILLER NASH GRAHAM & DUNN LLP

s/Taylor D. Richman
Michael Porter, P.C., OSB No. 003560
mike.porter@millernash.com
Taylor D. Richman, OSB No. 154086
taylor.richman@millernash.com

Faith C. Whittaker, Ohio State Bar No. 0082486
(*admitted pro hac vice*)
faith.whittaker@dinsmore.com
Michael B. Mattingly, Ohio State Bar No. 0089847
(*admitted pro hac vice*)
michael.mattingly@dinsmore.com
DINSMORE & SHOHL LLP
255 East Fifth Street, Suite 1900
Cincinnati, Ohio 45202

*Attorneys for Defendant Fred Meyer, Inc.*

4844-7877-9090.1

Page 2 -   Defendant's Notice of Withdrawal of Attorney Taylor D. Richman

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
TELEPHONE: 503.224.5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON 97204