**Michael Porter, P.C.**, OSB No. 003560
mike.porter@millernash.com
**John C. Clarke**, OSB No. 53245
john.clarke@millernash.com
MILLER NASH LLP
3400 U.S. Bancorp Tower
111 S.W. Fifth Avenue
Portland, Oregon  97204
Telephone:  (503) 224-5858
Facsimile:  (503) 224-0155

**Faith C. Whittaker**, Ohio State Bar No. 0082486
(*admitted pro hac vice*)
faith.whittaker@dinsmore.com
**Michael B. Mattingly**, Ohio State Bar No. 0089847
(*admitted pro hac vice*)
michael.mattingly@dinsmore.com
DINSMORE & SHOHL LLP
255 East Fifth Street, Suite 1900
Cincinnati, Ohio  45202
Telephone:  (513) 977-8397
Facsimile:  (513) 977-8141

    Attorneys for Defendant
    Fred Meyer, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **DANIEL WALKER**, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>**FRED MEYER, INC.**, a Delaware corporation,<br><br>    Defendant. | CV No. 3:17-cv-01791-YY<br><br>NOTICE OF APPEARANCE OF ATTORNEY JOHN C. CLARKE |

    TO:    TO THE CLERK OF THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Page 1 -    Notice of Appearance of Attorney John C. Clarke

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: 503.224.5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON  97204

PLEASE TAKE NOTICE that John C. Clarke of Miller Nash LLP appears in the above-captioned action as attorney of record for defendant Fred Meyer, Inc. Michael Porter, P.C., and the law firm of Miller Nash LLP and Faith C. Whittaker and Michael B. Mattingly of Dinsmore & Shohl LLP continue to be associated as counsel of record for defendant.

The undersigned requests that an entry be made on the clerk's matrix in this case reflecting the above change and that copies of all further pleadings and papers (except original process), and future notices and orders filed or served in this action be served on the undersigned at the following address:

> John C. Clarke
> John.clarke@millernash.com
> Miller Nash LLP
> 111 S.W. Fifth Avenue, Suite 3400
> Portland, Oregon  97204
> Telephone:  (503) 224-5858
> Fax:  (503) 224-0155

DATED this 9th day of August, 2021.

> MILLER NASH LLP
>
> s/ *John C. Clarke*
> Michael Porter, P.C., OSB No. 003560
> mike.porter@millernash.com
> John C. Clarke, OSB No. 153245
> john.clarke@millernash.com
>
> DINSMORE & SHOHL LLP
>
> Faith C. Whittaker, Ohio State Bar No. 0082486
> (*admitted pro hac vice*)
> faith.whittaker@dinsmore.com
> Michael B. Mattingly, Ohio State Bar No. 0089847
> (*admitted pro hac vice*)
> michael.mattingly@dinsmore.com
>
> *Attorneys for Defendant Fred Meyer, Inc.*

Page 2 -   Defendant's Reply in Support of Its Motion for Partial Summary Judgment

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: 503.224.5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON  97204