**Neal Weingart**
Neal Weingart Attorney at Law, LLC
1001 SW Fifth Ave.
Suite 1415
Portland, OR 97204
503-379-9933
Email: neal@nealweingartlaw.com

Attorneys for Plaintiff and the Alleged Class

(Additional counsel appearing on signature page)

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **DANIEL WALKER**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**FRED MEYER, INC.**, a Delaware corporation,<br><br>Defendant. | Case No. 3:17-cv-01791-YY<br><br>**STIPULATION OF DISMISSAL** |

Plaintiff and Defendant, through their counsel, stipulate as follows:

1. Plaintiff filed this putative class action against Defendant.

2. Fed. R. Civ. P. 41(a)(1)(A)(ii) allows the parties to stipulate to the dismissal of an action at any time. Rule 23(e) does not limit the right to stipulate to dismissal of this action because it only applies to certified classes, and no class has been certified in this matter. Likewise, the case does not involve any Receiver so as to implicate Rule 66.

1

3. Accordingly, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff and Defendant agree that the action shall be dismissed in its entirety and with prejudice with respect to the individual claims alleged by Plaintiff against Defendant. The claims of members of the alleged Class, if any, are dismissed without prejudice.

4. Plaintiff and Defendant further agree that each party is to bear his or its own attorney's fees and costs.

Respectfully submitted,

Dated: February 17, 2022

/s/ Patrick H. Peluso

Steven L. Woodrow*
swoodrow@woodrowpeluso.com
Patrick H. Peluso*
ppeluso@woodrowpeluso.com
Taylor T. Smith*
tsmith@woodrowpeluso.com
Woodrow & Peluso, LLC
3900 East Mexico Ave., Ste. 300
Denver, CO 80210
Main: 720-213-0675
Fax: 303-927-0809

Neal Weingart
Neal Weingart Attorney at Law, LLC
1001 SW Fifth Ave.
Suite 1415
Portland, OR 97204
503-379-9933
Email: neal@nealweingartlaw.com

*Pro Hac Vice

*Attorneys for Plaintiff and the Putative Class*

Respectfully submitted,

| | |
|---|---|
| Dated: February 17, 2022 | /s/ Michael B. Mattingly |

                                      Faith C. Whittaker, Ohio State Bar No. 0082486
faith.whittaker@dinsmore.com
Michael B. Mattingly, Ohio State Bar No. 0089847
michael.mattingly@dinsmore.com
DINSMORE & SHOHL LLP
255 East Fifth Street, Suite 1900
Cincinnati, Ohio 45202
T: (513) 977-8200
F: (513) 977-8141

Michael Porter, Oregon State Bar No. 003560
mike.porter@millernash.com
John Clarke, Oregon State Bar No. 153245
john.clarke@millernash.com
MILLER NASH GRAHAM & DUNN LLP 111
S.W. Fifth Avenue, Suite 3400
Portland, Oregon 97204
T: (503) 224-5858
F: (503) 224-0155

*Attorneys for Defendant Fred Meyer, Inc.*

**CERTIFICATE OF SERVICE**

  I, Patrick H. Peluso, an attorney, hereby certify that I served the foregoing papers by causing true and accurate copies of such papers to be transmitted to all counsel of record through the Court's electronic filing system on February 17, 2022.

                /s/ Patrick H. Peluso